PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

    v.

JESSICA GOMEZ

Crim. No. _01CR01162-001-TUC-RCC_

On _4/10/2002_ the above named was placed on _probation_ for a period of _five_ years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

Curtis J. Ruiz
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _18_ day of _May_, _2014_.

The Honorable Raner C. Collins
United States District Judge